# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARY E. BLOOD, Special Administrator of the Estate of Paul E. Blood, Deceased, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CIVIL NO. 09-782 -GPM<br>) |
| T.E.A.M. LOGISTICS SYSTEMS, INC., MILINKO CUKOVIC, VH-1 MUSIC FIRST, 51 MINDS ENTERTAINMENT, LLC, ENDEMOL USA, INC., DENNIS HERNANDEZ, AND MTV NETWORKS, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants, | )<br>) |
| and | )<br>) |
| T.E.A.M. LOGISTICS SYSTEMS, INC., and MILINKO CUKOVIC, | )<br>)<br>) |
| Third-Party Plaintiffs, | ) |
| vs. | )<br>) |
| VH-1 MUSIC FIRST, 51 MINDS ENTERTAINMENT, LLC, ENDEMOL USA, INC., DENNIS HERNANDEZ, AND MTV NETWORKS, | )<br>)<br>)<br>)<br>) |
| Third-Party Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy, and the following decision was reached:

**IT IS ORDERED** that pursuant to the Memorandum and Order entered October 29,

2010, judgment is entered in favor of VH-1 Music First, 51 Minds Entertainment, LLC, Endemol USA, Inc., Dennis Hernandez, and MTV Networks.  These parties shall recover costs from Mary E. Blood, Special Administrator of the Estate of Paul E. Blood, Deceased, Mikinko Cukovic, and T.E.A.M. Logistics Systems, Inc.

The remaining parties settled their claims in their entirety.  Plaintiff Mary E. Blood, Special Administrator of the Estate of Paul E. Blood, Deceased, and Defendants Milinko Cukovic and T.E.A.M. Logistics Systems, Inc., shall bear their own costs on the settled claims.

**IT IS FURTHER ORDERED** that this action is **DISMISSED with prejudice**.

**DATED**:  October 27, 2011

NANCY J. ROSENSTENGEL, CLERK

By:  s/ Linda M. McGovern
Deputy Clerk

APPROVED:  s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge